# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

### WESTERN DIVISION

ROSE MARSHMAN,                )
     Plaintiff,              )
                             )
v.                          )     **JUDGMENT IN A CIVIL CASE**
                           )       **CASE NO. 5:09-CV-475-D**
MICHAEL J. ASTRUE,       )
Commissioner of Social Security,  )
     Defendant.         )
                           )

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.   See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

THE ABOVE JUDGMENT WAS ENTERED TODAY, <u>**AUGUST 27, 2010**</u> WITH A COPY TO:

Elizabeth F. Lunn  (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)
R.A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)


<u>August 27, 2010</u>                          DENNIS P. IAVARONE, Clerk
Date                                      Eastern District of North Carolina

                                           <u>/s/ Debby Sawyer</u>
                                           (By) Deputy Clerk

Raleigh, North Carolina